**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MITCH CARLSON** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 25-2081** |
| **CLAY SIGNOR,** | § | |
| **JOHN CREIGHTON, III,** | § | |
| **AND JOHNNIE MELVIN** | § | |
| **Defendants.** | § | |

**~~(PROPOSED)~~ AGREED ORDER OF DISMISSAL RETAINING JURISDICTION**

The Court has been advised that the Parties have entered into a written settlement agreement resolving all claims, counterclaims, and defenses in this action. The Parties jointly request dismissal of all claims with prejudice and expressly consent to the Court's retention of jurisdiction for the limited purpose of enforcing the settlement agreement.

IT IS THEREFORE ORDERED that:

1. All claims and causes of action asserted in this action are DISMISSED WITH PREJUDICE, with each party bearing its own attorneys' fees and costs except as otherwise provided in the Parties' settlement agreement.

2. The Court EXPRESSLY RETAINS JURISDICTION over the Parties and their settlement agreement for the limited purpose of interpreting and enforcing the settlement agreement.

3. All pending deadlines are VACATED, and all pending motions are DENIED AS MOOT.

4. This is a final judgment disposing of all claims and parties. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, October 30, 2026.

____________________________________

David Alan Ezra
Senior United States District Judge